JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE COOPER, | Case No. CV 11-9044-FMO (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| C. WOFFORD, Warden, | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: July 27, 2013

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE